UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY LITIGATION            20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**MICHAEL EDWARD PEEBLES**
(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Liability Litigation*, MDL No. 2924 (S.D. Fla.). Plaintiff filed this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

        **I.**      **PARTIES, JURISDICTION AND VENUE**

**A.**     **PLAINTIFF**

     1.      Plaintiff Michael Edward Peebles ("Plaintiff") brings this action (check the applicable designation):

         ☒     On behalf of himself;

         ☐     In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured party is currently a resident and citizen of Altavista, Virginia and claims damages as set forth below.

—OR—

Decedent died on (Month, Day, Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. _____ ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of _____.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in _____.

**B.    DEFENDANTS.**

6. Plaintiff names the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers**:

   All entities collectively referred to in the Master Personal Injury Complaint as Boehringer Ingelheim; GlaxoSmithCline; Pfizer; and Sanofi.

   b. **Generic Manufacturers:**

   Acic Pharmaceuticals, Inc.; Actavis Mid Atlantic, LLC; Ajanta Pharma USA Inc.; Ajanta Pharma Ltd.; Amneal Pharmaceuticals LLC; Amneal Pharmaceuticals of New York, LLC; Amneal Pharmaceuticals, Inc.; ANDA Repository, LLC; Ani Pharmaceuticals, Inc.; Apotex Corporation; Apotex, Inc.; Appco Pharma LLC; Auro Health LLC; Aurobindo Pharma USA, Inc.; Cadila Healthcare Ltd.; Contract Pharmacal Corp.; Dr. Reddy's Laboratories Inc.; Dr. Reddy's Laboratories, Ltd.; Dr. Reddy's Laboratories SA; Emcure Pharmaceuticals Ltd. (India); Geri-Care Pharmaceuticals, Corp.; Glenmark Pharmaceuticals, Inc., USA; Glenmark Generics Ltd.; Granules USA, Inc.; Granules India, Ltd.; Heritage Pharma Labs Inc.; Heritage Pharmaceuticals, Inc.; Hikma Pharmaceuticals USA, Inc. f/k/a West-Ward Pharmaceuticals Corp.; Hikma Pharmaceuticals International, Ltd. f/k/a West-Ward Pharmaceuticals International, Ltd.; Hi-Tech Pharmacal Co., Inc.; J B Chemicals and Pharmaceuticals Ltd.; Lannett Co., Inc.; Mylan Pharmaceuticals, Inc.; Mylan Institutional LLC; Mylan, Inc.; Mylan Laboratories Ltd.; Nostrum Laboratories, Inc.; Novitium Pharma,

        LLC; PAI Holdings, LLC f/k/a Pharmaceutical Associates, Inc.; Par Pharmaceutical Inc.; L. Perrigo Co.; Perrigo Company, Perrigo Research & Development Company; Perrigo Company, PLC; Ranbaxy, Inc.; Sandoz Inc.; Strides Pharma, Inc.; Strides Pharma Global Pte. Ltd.; Strides Pharma Science Ltd.; Strides Arcolab International Ltd.; Sun Pharmaceuticals Industries Ltd. (India); Sun Pharmaceutical Industries, Inc. f/k/a Ranbaxy Pharmaceuticals, Inc.; Taro Pharmaceuticals U.S.A., Inc.; Taro Pharmaceuticals Ltd.; Teva Pharmaceutical Industries Ltd. (Israel); Teva Pharmaceuticals USA, Inc.; Watson Laboratories, Inc.; Torrent Pharma Inc.; Unique Pharmaceutical Laboratories, Ltd.; VKT Pharma, Inc.; VKT Pharma Private Ltd.; Wockhardt USA LLC; Wockhardt USA, Inc.; Wockhardt Ltd.; Zydus Pharmaceuticals (USA) Inc.

    **c.**    **Distributors:**

        Amerisource Health Services, LLC d/b/a American Health Packaging; AmerisourceBergen Corporation; Cardinal Health, Inc.; McKesson Corporation, Chattem, Inc.

    **d.**    **Retailers:**
        Humana Pharmacy, Inc.; Walgreen Co. d/b/a Walgreens; Walmart Inc. f/k/a Wal-Mart Stores, Inc.

    **e.**    **Repackagers:**

    **f.**    **Others Not Named in the MPIC:**

**C.**    **JURISDUCTION AND VENUE**

7.    Identify the Federal District Court in which Plaintiff would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]: Western District of Oklahoma

8.    Jurisdiction is proper upon diversity of citizenship.

        **II.**    **PRODUCT USE**

9.    The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]
        ☒    By prescription
        ☒    Over the counter

10.    The Injured Party used Zantac and/or generic ranitidine from approximately July 2014 to March 2020.

### III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check All That Apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BRAIN CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL CANCER | |
| ☐ | ESOPHAGEAL/THROAT/NASAL CANCER | |
| ☐ | INTESTINAL CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | OVARIAN CANCER | |
| ☒ | PANCREATIC CANCER | March 2020 |
| ☐ | PROSTATE CANCER | |
| ☐ | STOMACH CANCER | |
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | Count | Cause of Action |
|---|---|---|
| ☒ | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| ☒ | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| ☒ | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |

| Check if Applicable | Count | Cause of Action |
|---|---|---|
| ☒ | IV | NEGLIGENCE – FAILURE TO WARN |
| ☒ | V | NEGLIGENT PRODUCT DESIGN |
| ☒ | VI | NEGLIGENT MANUFACTURING |
| ☒ | VII | GENERAL NEGLIGENCE |
| ☒ | VIII | NEGLIGENT MISREPRESENTATION |
| ☒ | IX | BREACH OF EXPRESS WARRANTIES |
| ☒ | X | BREACH OF IMPLIED WARRANTIES |
| ☒ | XI | VIOLATION OF CONSUMER PRODUCTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below:<br><br>Oklahoma Deceptive Trade Practices Act, 78 O.S. § 51 *et seq.* |
| ☒ | XII | UNJUST ENRICHMENT |
| ☐ | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claims(s): N/A.

## V. JURY DEMAND

14. Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

Respectfully submitted,

*/s/ J. Revell Parrish*
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
J. Revell Parrish, OBA #30205
WHITTEN BURRAGE
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
Emails: rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rparrish@whittenburragelaw.com

**ATTORNEYS FOR PLAINTIFF**